# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Republic Technologies (NA), LLC et al<br>Plaintiff(s)<br><br>v.<br><br>Shailesh Malavia, et al<br>Defendant(s) | Case No. 19 CV 7995 |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒   in favor of plaintiff(s) Republic Technologies (NA), LLC et al

and against defendant(s) Shailesh Malavia d/b/a Romeo Discount and Shailesh Malavia in the amount of $20,400 ,

which  ☐ includes    pre–judgment interest.

☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐   in favor of defendant(s)

and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐   other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.

☐ tried by Judge    without a jury and the above decision was reached.

☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date:   06/25/2020            Thomas G. Bruton, Clerk of Court

                  Michelle Alston, Deputy Clerk